IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:10CR14 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GRACE MORALES and, | ) | |
| EDUARDO MORALES-NUNEZ, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion to continue by defendant Grace Morales (Morales) (Filing No. 26). Morales seeks a continuance of the trial scheduled for April 12, 2010. Morales has submitted an affidavit in accordance with paragraph 9 of the progression order whereby Morales consents to the motion and acknowledges she understands the additional time may be excludable time for the purposes of the Speedy Trial Act (Filing No. 26). Morales's counsel represents that government's counsel has no objection to the motion. Upon consideration, the motion will be granted and trial will be continued as to both defendants.

IT IS ORDERED:

1. Morales's motion to continue trial (Filing No. 26) is granted.

2. Trial of this matter is re-scheduled for **July 6, 2010,** before Chief Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **March 30, 2010, and July 6, 2010,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's

counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 30th day of March, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge